FILED - GR

March 23, 2026 2:38 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:DSW  SCANNED BY: _____ /3/24

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

Jordan Isaiah Maurice Watts

(Enter above the full name of the plaintiff(s), including prisoner number, in this action. If
you cannot list all plaintiffs in the space provided, please write "see attached" and list all
names on an additional page.)

**1:26-cv-958**

**Hala Y. Jarbou- US District Judge**

**Phillip Green- Magistrate Judge**

v.

Sheriff Richard Fuller II, captain Bears
Detective Warren Misner, Lt. Michael DzieDic,
Lt Malz, Sgt Bruce Wheatley, Sgt Emil Zimmer
Sgt Robert Cattes, Sgt George Beaumont,
Sgt Andrew Burnham, Thomas Jelsomeno, Deputy Hahn

(Enter above the full name of the defendant(s) in this action. If you cannot list all defendants
in the space provided, please write "see attached" and list all names on an additional page.)

## COMPLAINT
*(Print Clearly)*

I. **Previous Lawsuits**

**CAUTION:** The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in federal courts without prepayment of the civil action filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $405.00 filing fee regardless of whether your complaint is dismissed.

A. Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility?    Yes ☑  No ☐

B. If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

1. Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.

Case# 1:24-CV-1151   The Western District of Michigan Southern Division

2. Is the action still pending?    Yes ☑  No ☐

   a. If your answer was no, state precisely how the action was resolved: _____

3. Did you appeal the decision?    Yes ☐  No ☐

4. Is the appeal still pending?    Yes ☐  No ☐

   a. If not pending, what was the decision on appeal? _____

5. Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit? Yes ☑  No ☐

   a. If so, explain: I Believe Kalamazoo County Jail Staff is Retaliating against Me and punishing Arbitrarly Without Due process

(W.D. Mich. Form – Last Revised: September 2021)

1. The Western District of Michigan                    Case # 1:25-cv-1073

2.) No

   a. It was Dismissed oct 8, 2025

3.) yes i appealed

4.) yes the appeal is still pending

5.) yes

   a. unconstitutional punishment, violating my Doe process Rights, Retaliation,

---

1.) The Western District of Michigan    Case # 1:25-cv-00050

2. yes

3. N/A

4. N/A

5. No the facts are not Similar

Defendants

Bruce Wheatley
Sergeant
Kalamazoo county Jail
500 lamont ave kalamazoo MI 49048
Personal capacity

andrew Burnham
Sergeant
Kalamazoo county Jail
1500 lamont ave Kalamazoo MI 49048
Personal capacity

Emil Zimmer
Sergeant
Kalamazoo county Jail
500 lamont ave kalamazoo MI 49048
Official & Personal capacity

Thomas Jelsomino
Sergeant
Kalamazoo county Jail
1500 lamont ave Kalamazoo MI 490
Official & personal capacity

Robert Cailles
Sergeant
Kalamazoo county Jail
500 lamont ave Kalamazoo MI 49048
Official & personal capacity

Deputy Hatln
Deputy
Kalamazoo county Jail
1500 lamont ave, Kalamazoo MT 49048
Personal capacity

George Beaumont
Sergeant
Kalamazoo county Jail
500 lamont ave kalamazoo MI 49048
Official & personal capacity

## II. Parties

### A. Plaintiff(s)

Enter your name, place of confinement, address, and place of confinement during the events described in the complaint in the blanks below. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

Name of Plaintiff _JorDan watts_

Place of Present Confinement _Kalamazoo county Jail_

Address _1500 lamont avE._

Place of Confinement During Events Described in Complaint _Kalamazoo county Jail_

### B. Defendant(s)

Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. Provide the same information for each additional defendant. If there are more than six defendants attach extra sheets as necessary.

Name of Defendant #1 _Sheriff Richard FullER III_

Position or Title _Sheriff_

Place of Employment _Kalamazoo County Jail_

Address _1500 lamont ave Kelamazoo MI 49048_

Official and/or personal capacity? _Official & personal_

Name of Defendant #2 _Captain Beers_

Position or Title _Captain_

Place of Employment _Kalamazoo county Jail_

Address _1500 lamont ave Kalamazoo, MI 49048_

Official and/or personal capacity? _Official & personal_

Name of Defendant #3 _Warren Misner_

Position or Title _Detective | Sergeant_

Place of Employment _Kalamazoo county Jail_

Address _1500 lamont ave Kalamazoo, MI 49048_

Official and/or personal capacity? _Official & personal_

Name of Defendant #4 _Michael Dziedic_

Position or Title _L.T._

Place of Employment _Kalamazoo county Jail_

Address _1500 lamont ave. Kalamazoo, MI 49048_

Official and/or personal capacity? _Official & personal_

Name of Defendant #5 _L.t. malz_

Position or Title _L.t._

Place of Employment _Kalamazoo county Jail_

Address _1500 lamont ave Kalamazoo, MI 49048_

Official and/or personal capacity? _official & personal_

-3-

III. **Statement of Claim**

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. **Do not include unrelated claims.** Use as much space as you need. Attach extra sheets if necessary.

In December of 2022 my brother carlos watts Became the primary suspect of a missing person's investigation Due to that investigation i Became a person of interest in the Same investigation an came into contact with a Detective Named warren misner. This man Followed me, Harrassed me, threatened me, Harrassed my Friends & Family, stalked my place of Employment, and Bequested the Help of Certain people in my life to Help the Detective lock me up all in an effort to Force/induce cooperation from me against my Brother. I filed civil complaints with the county against warren misner and was told He is able to Do certain things along side of his investigation. The Harrassment continued an on one occassion warren misner personally told me I Better cooperate Before it's to late. On July 25 2023 i was arrested For a criminal complain issued From the western district of michigan Based off Evidence illegally seized FRom mycell phone. During my confinement in pretrial Detention Detective warren misner ambushed my Brother Carlos parks and told Him Im only locked up Because my Brother carlos watts an i wouldn't Cooperate and if He doesn't cooperate they would do to his life what they're doing to mines. During my incarcerated in Federal Judge Janet t. Neff suppressedall Evidence discovered on myphone and i was released July 5th 2024. In July i contacted warren misner twice about my seized property and one of those times He told me thats it very personal Between us and How dare i file a complaint against Him. I took the statement very personal Between us and Believe that was a threat of future Harm/Harrassment and Decided it was Best i leave michigan. In august of 2024 i emailed a (1983) action to the federal courts in grand rapids for among other things malicious prosecution & 4th amendment violations Naming warren misner

- 4 -    (W.D. Mich. Form – Last Revised: September 2021)

as a Defendant among many. Before i was able to leave michigan, i was arrested on new charges not relisort to this complaint and Held on a #350,000 cash srrety Bond on august 31st 2024 in Kalamazoo county Jail (K.C.J). K.C.J is Warren misnere place of Employment. My second week in this Jail a certain Deputy whom i've Knew since i was a teenager came to me while passing out laundry around 1am or 2am in the morning while a other inmates were up and whispered to me please get out they Have a target on you and it's going to get Bad. that deputy then made me promise to act like i don't Know them. Today im am terribly afraid to even mention that Deputies name Because i know that Deputy will most likely Be Harrased or fired. During mytime Here at K.C.J ive filed numerous grievances and actions against warren misnere Kalamazoo county Jail Staff members. In January 2025 warren misnere went to Pwant to a cell i was previously Housed in an questioned David carr, Dashawn furcron and Kymere Pratt Just looking for more reasons to Harress me. later He pulled Eduard longmire out questioning Him about me and i Quote telling them to do the right thing. I can only assume that He wants them to make up lies about me so He can charge me with more crimes. During my Time Housed in K.C.J I started to notice that i was Being treated significantly different from the other inmates, I've constantly Been dragged Back 3 forth to segregation for alleged minor misconducts that got Fabricated to major misconducts. At K.C.J you Do not go to segregation for minor misconducts. I noticed any outside worker like the chaplain or isk worker that talked with me was Either arrested of something or prohibited from talking to me. Phoenix was an isk worker (commosit

mental Health.) He would contact staff Talking To people about mental Health meditation and stress relievers and was prohibited From Having any contact with me in april of 2024. I then found certain Deputies were being ordered by command to write misconducts on me E.g. Deputy powell December 9th 2024, Deputy McCormick February 28th 2025, Deputy varda August 1st 2025. Sgt Jelsomero told me that its up to a Deputies Discretion if they wanna write you a misconduct or not. The Rule Book is on the tablet; T.v. and since september 2024 i've asked for a papercopy from Deputies Knuth, Boland, mcmillion, lopez, Ensor, marshall 3 some sgt's and ive always Been told they dont Have them and to refer to the tublet. Ive complained to Lt. tray faulk and Sgt Jelsomero in september 2024 that the rule Book Doesnt explain the misconducts an a pretrial Detainee Has a right to Due process Specifically knowing what He is doing is wrong Before the law Be possible And they Both told me that it's Basic common Sense and if they Had to Explain all the Rules the rule Book would Be to thick. In December of 2024 sgt wheatley told me the rule Book is incorrect and Needs to Be updated after i told him it says if you are accussed of a minor misconduct they Have 48 Hours to give you a Hearing. On December 9th 2024 i was placed in Segregation for a misconduct from Deputy powell and was Housed in afforth 4 to Serue my Segregation. The week of December 13th 2024 i asked powell why did She write me this misconduct after i was assured i wasnt recieving one and she confessed that she was ordered to write me a misconduct and to keep my Head low Because warren misner has a target on my Back. Through out my time at K.c.J ive Been filing complaints against the Jail and its Staff for the treatment ive Had Been recieving and Now the treatment has got considerably way worse.

(2)

In August of 2025 i asked Sgt Wheatley to get some copies made an He responded By asking me what they were for i told Him I was filing another complaint which He responded He Has to talk to command. I responded By saying K.C.J allows inmates copies and they charge their account. He walked off and when He came Back He stated He talked to command and was told No K.C.J will not Help me file complaints against their Staff. I then asked inmate Pederson to ask for the copies which was granted. On November 20, 2025 i was placed in segregation for insurbordination for allegedly using other inmates pin numbers to make calls & video visits and on the same misconduct i was accused of media any act that Jeopardizes Jail security and/or safety of persons Because i allegedly while on the phone with my sister talked to my Brother Carlos Watts who was visiting our aunt at the same time & who is a keep separate from me. When i was placed in segregation Deputy Kranke told me they only Had 72 Hours to give me a Hearing or it will Be Dismissed 5 days later on the 25th i was given a Hearing By Sgt Zimmer. At the Hearing i <u>vigorously</u> argued that i Had not used anybody else's pin to make calls or video visits and they Had not told me who's pin i used. The Jail does not give you the report that is written so At Hearings you Dont know what your argusing against. Sgt Zimmer then asked me about an inmate By the last Name Steele and at the time i dont know that name. Next we talked About my Brother and i Explained that the Jail Does not tell people who their keep seperates are and that my Brother and i are not co-defendants, we are not Prohibited By the courts from communicating and i dont Believe an <u>unwritten Jail policy</u> **trumps** my 1st Amendment rights to intimate association an the context of the call matters and no where in the rule

(2)

Book does not any Body calling is not allowed to use the phone. I also explained that the nature of using another inmates pin for the phone or video visit (which i did not do) in itself is only a minor misconduct (abuse of the phone/tablet) which you do not go to segregation for. And the unprincipled manipulation of a legitimate jail regulation By deliberatley making it a major misconduct to Have me placed in segregation when no other inmate is placed in seg for this constitutes arbitrary punishment. Sgl Zimmer told me i would get his report and findings in the mail. He found me Responsible of jeopardized Jail security By using Another inmates video visits. I later found out that inmate steele who goes By Another name is mysisters friend and we went in the same cell and she visited my sister and i spoke to Her while they were visiting. I never used his visit. I did 13 days in segregation for this misconduct. K.L.J Hus 4 Segregation units for inmates Pod 2 which i was told is for the inmates who is mentally insane and cannot Be around other inmates i was Placed there in January 2025 for 5 days. while over there you never come out your cell the lights is on 24/7 the inmates poop all around there cell and smear it on the windows the smell of urine's focus is unbearable and they scream all night. Pod 2 is another segregation unit where your locked in a small cell with a toilet and a shower 24 Hours a day and they Have a very Big vent that Blows air 24/7 that smells like urine. The light stays on 24/7, at the discretion of the Deputies you can come out for in Hour and use the phone or kiosk to check messages or mail. your chained up in Belly chains your Entire time out. In Pod 2 there are close to 32 inmates who are either unmanagble im assuming do to violence or on protective custody. In pod 2 the chaplains cannot come see you and you cannot participate in any programing. They also have Bsouth segregation

141

which is Bsouth 15-21, B south 22-28 in those cells it's very quiet it's only at a max 7 people on the rock Everybody gets an hour out per day to use the phone or shower, you are not chained up and the t.v is right in front of the cells giving visual stimulation, around 10 pm they cut the lights of so the inmates can rest easier. Before i was released from pod 2 inmates who didnt like me started kicking my door an yelling, screaming, an threating to have me killed. Deputy Zuniga walked in and seen this he radioed for sgt delsomeno who together talked to the inmates who denied any wrong doing. Nothing Happened Even after I told them what Happened. on Dec 2nd i was released Back to Gen population. On 12/18/2025 i was told By Deputy insor that classification told her to move me to segregation and she didnt know why. I told her i would do as ordered But asked Her if she could ask classification if i could be Housed in Bsouth Segregation Because i Have enemies in pod 2 and i dont wanna argue with anyBody. it was agreed and i was taken to Bsouth The next day on December 19 i was pulled out to talk to my lawyer, one of the Deputies that pulled me out was Deputy yzenBaard whi's a classification worker. I asked Her why i was moved to segregation in She explained to me that She had me moved Because captain Beer emailed Her and told Her to place me in segregation Because i use somebody else's visits. I Explained to Her that i Have not received a misconduct or Hearing and she told me she would look into this. when i was Done meeting with mylawyer Deputy yzenBaard while Escorting me Back to mycell told me she talked to captain Beers and a misconduct was coming I told her knowbody else goes to

[5]

Seg for this and the sgt told me the rule Book is incorrect so How can I Be punished. She looked me in the eyes and mumbled stop filing complaints. That Night i recieved the misconduct and again it was manipulated to madors to ensure i was taken to seg the misconduct Stated i used other peoples visits and used 3 way calls in the month of December But didnt say who's. I had a Hearing on 12/21/2025 By sgt Burpoe during my Hearing I told sgt Burpoe that i did an do make 3 way calls But its not in the rule Book as a violation we through 8th i also explained it doesnt say it when you make calls either like other Jails. I told him the Definition to insubordination is Disobeying a direct order which He already Knows and nothing i did Jeopardized Jail security or anybody Safety. He told me context matters for maJor 12 Basically you have to actually Jeopardize the security or safely of Someone and Just using other inmates pins to visit your Family is only a minor. He also told me there going to make it to where i cant do anything so whatever im Doing to Stop it. I gave Him my word that i would Not violate any more rules, I was released From seg December 24th 2025. on December 26th 2025 i was taken Back to seg. an inmate in our cell was causing problems He was a radical muslim and was claiming christians are Brainwashed He started to threaten an older inmate By the name of marlon Hardwick I told the inmate that He will not touch marlon and marlon flashed the emergency Button. The muslim got mad and accused us of Snitchin an said He got something For us He then started Hittin Himself and yelled He was assaulted. When the Deputies came they pulled Him out and then came Back and told me to pack up im going to seg. I requested a sgt to speak to so i could Get my Body and Hands checked the entire cell was yelling Because

(6)

KnowBody assumed Him. a lady that Tried to deescalize an was very agressive towards me. All i was asking for is a Sgt to show i had no Body Discoloration. I was told in the past By Lt Faulk an Jelsomeno that in situations like that i could request a Sgt for **Descalation**. I again asked for a Sgt and deputy crump told me. the lady was a Lt, i said okay then cuffed up. I was then placed in an E.R.C chair and taken to reHab 2. When the lady came around i asked who she was and She told me Lt MalZ i asked why i wasn't given a chance to speak and why is the Staff always trying to put me in Seg and she responded By saying let me tell you Something we dont care about your side of the story misner is myfriend, Jelly 3 michael is to. (Jelly is a nickname the K.C.J Staff calls Jelsomeno and i only can assume that michael is Lt Dziedic.) She told me that they are going to Break me Because i dont Know my place and this could change if i stop the complaints against her friends. Other inmates that worked in the Kitchen were around and Heard Her say this to me one Such inmate i Believe name is michael Kent. I was taken to intake where i stayed for 5 days. I talked to deputy Zuniga where i told Him i didnt wanna go to pod 2 Because the problems i Have with other inmates and the mental abuse I have to Endure. He told me He would talk with Sgt Beaumont to have me placed in a Different seg. Deputy Zuniga returned and Stated they wanted me in pod 2 i refused and deputy Zuniga left. On monday 12/29/2025 at 11:50 Am Sgt wheatley showed up to do myHearing, I told Him i never recieved a copy or notice of what

(7)

I was charged with and the hearing is outside the 48 Hours proscibed in the rule Book on the tablet and the 72 Hours outside of what other deputies or Sgt's Have told me, I also requested a Different Sgt to do myHearing Because Sgt wheatley is a Defendant in one of myactions thats in the appeal process an i do not Believe He can Be impartial. He then told me He would go talk to command. later on He came Back and told me my Request for a different Hearings officer was denied and they told him The Hearing Has to Be 72 Hours after Ive Been served notice and He will Be Back tommorow to conduct myHearing. I requested witnesses, 4 in total who were in the cell and Body Cam footage of my Body. again i was not provided with any report of what the other person stated, Sgt wheatley only allowed me to call one witness marlon Hardnick who said almost exactly what i told Him. He stated the other witnesses didnt want to testify which i later on found out was not true. Sgt wheatley found me responsible and i was placed in Seg for 30 days which i did in pod 2. while in pod 2 I filed grievances and appeals to my misconducts from November 20th; the recent fight and insurbordination misconducts. I never recieved any Responses to my appeals or misconducts. Most notably my appeals are going to command who are the ones ordering me written up. while in pod 2 inmates would kick mydoor when i was sleeping throw urine, and feces up under mydoor, they would rile the other inmates up against me i would tell the deputies i was Having problems But nothing would change. in the week of January 12th the phone at the Beginning of the call Started to say 3way calling is a violation of K.C.J policy. Since

(9)

that day ive told all of myfriends and family i can no longer do 3 way calls. ~ later on in the week asked deputy willard would it be considered 3 way calling if myfamily or friends have another phone by them and calls and deliver messages for me. He told me that thats grey area and command needs to define it. On Jan 25th 2026 I went on suicide watch and was placed back in General Population on January 26th 2026. While back in General population i told myfamily over the phone i wouldnt be in any trouble and i was in a great cell and that i should be going to trial soon for mylawsuits. On 01/29/2026 in the evening I called myfriend Deshawn who had another phone by him. on his other phone a close friend of mines Ziquan Betts called He is also an inmate at K.C.J. I told Him to keep his head up to fire his lawyer and to stay out of trouble i then hung the phone up, i told my friend who was telling me lets do a 3way that we couldnt. On Feb 3rd 2026 i notice mysisters's aunties numbers were blocked by the jail about an hour later Deputy foster and mcmillion came au told me to pack it up i was going to pod 2, confused i asked what I was going to segregation for and can i be housed in B-South seg Instead. deputy mcmillion went to talk with classification and came back and told me command wants me in pod 2 and Deputy ase will be to talk with me soon. I asked Deputy mcmillion why was I being taken to seg and He told me something about a 3way call. I told him that i havent made any 3ways calls and if they considered mycall from the other day a 3way it is only a minor and He told me He Has never seen anybody go to the Hole for this. after i was placed in seg Deputy Rose came and told me that He

(9)

was ordered from command to write that misconduct on me. I told Him that if He listens to the call i was not trying to do any 3way calls and He said He Heard me Say this. He told me Betts was a Keep Seperate, I asked How and why and He told me He didnt Know why. I told Him i Believe Detective misner is using the Jail to punish me and command is Helping Him, I told Him i Believe He Had the Keep Seperate placed Because me and Betts are friends an Have Been trying to get in the Same cell with each other So i can Help Him with his legal work. Deputy rose assured me He would look into it. On February 14th I Started to notice my allergies was acting up again I have Severe allergies which the Jail is already aware. The air in mycell that was coming through the vent reeked of urine and the air was Blowin Hard 24/7 and Dust was coming from the vent and Blowing everywhere. On the morning of February 14th Another inmate told me He is suing the Jail and was able to obtain a rule Book through His counsel, after going over that rule Book i noticed immediatley that it is differently than the one on the tablet and that it also Has Different rule violations then the ones on misconducts I noticed that 3 way calling is prohibited and that a Sgt only has 72 Hours to give you a Hearing But no Sooner then 24 Hours from the time of the incident. it stated this rule Book came into effect June 4, 2025. I was very frustrated and immediatley wrote a grievance that Inmates are Being Deprived of Due process Because their is an incorrect Rule Book thats on the tablet and t.v. and the Jail is not Handing out or making up to date Rule Books available to Detainers The next day i Had a Hearing in front of Sgt Burnham, I assumed

/15/

the _____ would be _____ since it was past 12 Hours from the incident But nope the sgt instead Held the Hearing. I Explained that i did not Know that if my friends Have another Phone around as i talk to SomeBody on that phone its considered a 3 way call and i didn't Know me's Botts were keep Separates But again the context of the call matters i Never threatened anyBody or Jeopardized Jail Security i personally Showed Him the report from sergeant BurBee absolving me of the Same thing and there i did 3 ways while on a visit. It appeared that Sgt Burnham was looking for anyway to Make it Stick i told Him no where does it Say talking to another inmate in the rule Book Jeopardizes Jail Security. That would Be illogical i told him that pretrial detaine have a right to Be put on notice from a written policy that there conduct is wrong. He agreed an left an as He walking away He said He needs to speak with command i Believe an He would get Back to me. I later recieved His Findings of Responsible in the mail. I was given 10 days in Segregation For this misconduct. Everyday my allergies got worser my eyes are constantly Blood Shot red, Deputy Foster Seen them and was like Holy Shit are you okay. I've started spitting up Blood and coughing real Bad? Showed deputy Hahn, who said he would let the Sgt Know. I told the Head nurse Becky and showed her my eyes the week of the 9th and How i was spitting up Blood an wasn't sleeping and that i Believe it was Due to the ventilation system in the pods and Can She get me moved. I talk to Sgt Jelsomearo on the week of the 9th i told Him the Same thing and He told me everything will Be okay it's Just allergies i told him im spitting up Blood an Showed Him an He said it Happens to Him I told Him i Have High Blood pressure

and the meeting officer said he would check on it and he said the nurses have to talk to commands i explained that nurse Becky told me she did and he said okay. Nurse Becky came to me on thursday Feb 12th 2026 and told me at their meeting she was advised by Sgts that today or tomorrow i would be moved. I told Her that my seg time ends on the 13th which was the next day but i Hasent slept in 5 days she told me she is sorry an is doing Everything she possibly can Because i shoolant have to suffer like this. On feb 13th i talked to Deputy price about Being moved Because my segregation was up. She told me that classificadon was trying to find a place for me But i was never moved. On saturday the 14th i again wrote a grievance about my treatment. I also wrote a kite about why my appeals hasn't Been responded to. Four specific inmates continued everytime they was let out for there Hour they would come kick my door if im trying to sleep or they would throw urine up under my door or Just constantly threaten or Belittle Me. On monday the 16th i wanted to kill myself and i told the deputies who then took me to intake. While Being changed out i noticed the Deputies in Pad cell & where i was going to Be placed. They had a trash Bag so i asked deputy Hanks if somebody shitted in that room to which he replied yes. I Immediatley requested a Sgt an Expressed im not going in A cell that has poop in it that is inHumane treatment. Deputy Hahn 3 Deputy powell came over an requested a Sgt. Deputy Hahn Explained the room is Being cleaned really well. Sgt Jelsomeno came very Hostile and told me im going to go In that room or i'll Be tazed and charged with a New crime. I again Expressed i will not go in a Room an Sleep with poop in it. Then Deputy Hahn again assured

me theres No feces and i Headed to the room without incident. As i was walking to the room I Started to talk with Jelsoriens I told him man you know i dont cause problems and He asked nee what was wrong i told Him i was Stressed and then He numbled i Bet stop filing complaints; walked off. On 02/18/26 I Seen Deputy Rose while on Suicide watch, I asked him why i was still in Seg and He told me It malz ordered me Housed in Segregation and He Just sent me a kite Explaining this. I asked How Because the punishment doesnt Fit the crime and He told me its outta this Hands. I asked to Be taken to BSouth Segregation i told Him about my significant Health problems with what i Believe is my allergies and How the Inmates over there Have a problem with me. I personally gave Him the names of the Inmates which He told me was a damm good reason to Be moved and i shouldn't Have to Suffer that way and He would talk to command on **monday** feb 2023. while on Suicide watch i immediatley Felt Better, I could Breathe an my eyes cleared up; i could Sleep. On thursday 02/19/26 I Spoke with Katie From isk and explained to Her that my circumstances is making me go crazy an can she get me moved to a different Seg She told me She understood an would try. Again on Febuary 19, 26 i was taken Back to pod 2. I asked Deputy lopez and Deputy Day to get my property and when they returned it all my Books; reading materials were gone my religious Books and BiBle were taken, Books that other inmates owned an gave to me were taken Everything that lifted me up spiritually were taken. I am a christian and Hold very Strong to my Sincerely Held Beliefs. The Jail wont let me attend church wont let a chaplain see

in pool... Had... my... materials... help... Then i noticed that my Eye drops were taken. I complained to the deputies But they told me they couldn't Due anything. The next day my eye was so Red an Hurt so Bad it Started to Swell. Right now i cant open it without it Burning & watering. I Showed Deputy chievrae who immediatley radio'ed medical who Said they're ordering more Eye drops. The coughing and chest pains and spitting up Blood has Returned. On february 21st i again told Staff i was Being tortured By the other inmates But nothing changed. I also seen Deputy Hahn who told me he was told By command to take my Books.

It should Be noted that i watched killian pratt, christopher George & Ziguan Betts use multiple inmades visit's for months with no repricossions christopher was visiting a person whom He was prohibited By the courts to Have contact with. then 30 mins later visited my sister i spoke to her and i was Dragged to segregation. I Believe it should Be noted that Deputy Rose told me in December 2025 that He wrote a misconduct on an inmate and didnt give Him a copy and command threw that misconduct out But with me on my alleged fight that Same treatment didnt Happen. It Should Be Noted that in february i showed Sgt Jelsomeno the New Rule Book I obtained and told him my Hearing was past 72 Hours from the incident and He told me it doesnt Apply to me. It should also Be noted at my Hearing On December 21, 2025 with Sgt BurBee He absolved me of any violation of 3way calling. Also It should Be noted that almost everytime ive Been written up the report came From Warren Misner I wrote a grievance to command Explaining He Shouldn't Have contact with me Because He is a Defendant in my lawsuits and i Believe He is retaliating I asked command to protect me from Him an was denied. last it Should Be noted that i've Been given no process for why im still in segregation It. Mallz Just ordered me to Stay in Here.

(14)

On March 3rd Deputy Martinez delivered me Responses from Lt Dziedic in Regards to my Appeals. All were denied Even tho my Rights to Due process were Violated Even K.C.J written Rules for process were Violated. Command is aware and orders and condones this type of arbitrary punishment in Regards to pretrial detainees. My Mental Health significantly has declined I constantly have soicidal thoughts, im depresse and my Anxiety is so Bad i shake, I dont even know when im ima get punished for somethin Else, Ive Been hearing voices talking i barely can sleep. Due to the target on my Back from Misner and command ive Been subjected to unfair Judgement in my disciplinary Hearings, improperly as punitively kept in seg where ive Been subjected to mental abuse constantly and Un-constitutional conditions of confinement as punishment for Rule Violations i did not commit.

Since September 13th 2024 ive not Been Allowed to attend church or Bible Study Because of an arbitrary Classification that was placed on me By Sgt Jelsomeno (2man move) this classification will not allow you to attend church what so ever or Bible Study. Now Since December 26th 2025 i cannot see the chaplain an <u>Deputy Halar</u> has taken all of my Religioos Books in-Cloding my Bible and told me he was ordered By command to do so

(19)

I've Sent kites and wrote Grievances to command but has Not Recieved a Response. I Have not Been to church in over a year in a half, I Have not talked to a chaplain in Months and now they taken all my religious materials which helps me Exercise my sincerely Held Beliefs. What K.C.J Has Done has Significantly Burdened The Free Exercise of my Sincerely Held Belief, They have a policy that does Not allow inmates at K.C.J to Attend church or Bible Study and they as in command or Sgts do not give you a Hearing whatsoever if your classified as a two man move an the classifications are arbitrary. there is no process what so Ever an anybody can put you on a two man move

<u>Claims</u>

1.) Captain Beers, Warren misner, L.t. Dziedic, Lt malz, Sgt Zimmer Sgt cuttes,³ Sgt Beaumont <u>Violated my 14th amendment</u> rights to equal Protection of the law ³ Due process Both procedural and substantiv when they conspired to Deprive me of Due process By the unprincipled manipulation of a legitimate Jail regulation, through Deliberate manipulation of an unwitting institution proxy they manipulata the rules to increase my misconducts to a major therefor Having me Placed in segregation So i could Be arbitrary punished in direct violation of Bell. Each defendant Either ordered or wrote the misconduct themselves.

2.) Captain Beers, warren misner, L.t. Dziedic, L.t. Malz, thomas Jelsomeno, Sgt cutles, Sgt Beaumont, Sgt Zimmer, Sgt Burnham ³ Sgt wheatley violated <u>my 1st amendment Rights</u> when througout my time at K.c.J they had me punished constantly in Retaliction for me Excersising constitutionally protected conduct. filing grievances, complaints³ lawsuits.

3.) Sheriff Richard Fuller III, captain Beers, Lt. Dziedid ³ Lt malz Violated my 14th Amendment Due process Rights Both procedural ³ Substantive when they failed to Ensure me³ other Detainees Had up to Date rule Books and allowed me to Be placed in segregation and kept there **without proper due process**

(1)

4.) Sgt Cattles violated my 14th Amendment rights to Due Process Both Procedural & substantive when He wrote me a misconduct and Deliberatley manufactured and manipolated the charge so it would Be a major knowing I would Immediatley Be taken to Segregation an unconstitutionally punished.

5.) Sgt Zimmer violated my 14th Amendment rights to Due process Both Procedural & substantise when He failed to Ensure i recieve-proper Notice failed to allow me to call witnesses, failed to follow K.c.J policy of giving me a Hearing within 72 Hours of the incident and found me responsible when no evidence supported a major misconduct Knowing i would Be kept in segregation & unconstitionally punished in violation of Bell.

6.) Captain Beers & Sgt Beaumont violated my 14th amendment rights Both procedural & substantive when on 12/18/2025 captain Beers ordered me placed in segregation and Sgt Beaumont on the 19th wrote me a misconduct and deliberatley manufactured & manipulated the charge so it would Be a major knowing i would immediatley Be taken to segregation an unconstitionally punished.

1.) Sergeant Wheatley violated my 14th Amendment rights to Due process Procedural Due process when He violated K.c.J written policy and didn't conduct my Hearing within 72 Hours, lied and told me my witnesses didn't want to testify.

3.) Warren misner, Captain Beers, lt malz & Sgt Burnham violated my 14th amendment rights Both procedural & substantive Due process when they reported (misner), ordered captain Beers & lt. Malz me to be taken to Seg and written a misconduct deliberatley manipulating the policy so it would Be made a major Knowing i would Be placed in segregation and

Sgt Burnham failed to give me my Hearing within 72 Hours from thee incident in violation to K.C.J written policy an Was Bias By finding me responsible saying What I did was a Security risk But Never articulated who or what I Jeopardized. Who's safety.

Claim 9.) conditions of confinement Lt Malz, Lt Dziedic, captain Beers, Sgt Jelsomeno were deliberately indifferent to my Health's Safety when they continued me in pod 2 Segregation even tho they knew I Had Severe allergies, eyes were Bloodshot red an Swollen, coughing Blood³ Hard time Breathing awd other inmates were Horrassing me mentally which drove me almost to Suicide.

Claim 10.) State law: Harrassment warren misner violated my State law rights By constantly Harrassing me.

Claim 11.) State law intentional infliction of emotional Damage Warren misner, Lt Malz, captain Beers, Lt Dziedic, Sgt Jelsomeno, Sgt Zimmer, Sgt Cattus, Sgt Beaumont,³ Sgt Burnham intentionally Inflicted Emotional Damage on me By constantly having me placed in segregation Dm made up manipulated major misconducts, taking all My religious meterials

Claim 12.) 14th Amendments Due process sheriff Richard Fuller, captain Beers, Lt Dziedic, Lt malz violated my rights under a monell theory. This is a common pratice in K.C.J to manipulate misconducts to turn minors into madors bo detainees would Be immediatley Segregated, Deprived of Due process Rights and suffer unconstitutional conditions of confinement.

(3)

Claim 13.  14th Amendment  Lt malz violates my 14th Amendment Rights Both procedural & substantive Due process when she kept me in Segregation after my time was up without giving me any process what so ever; the punishment was arbitrary and disproportionate in violation of Bell.

Claim 14  First Amendment: Sgt Jalsaneeno, Lt Dziedic, Lt malz captain Beers and deputy Hahn violated my First Amendment rights Free Exercise when they significantly Burdened the Exercise of my religion By not allowing me to attend church or Bible study, to speak with a chaplain, ordering all my religious materials to be taken an taking all of my religious Books.

Claim 15  First Amendment  Sheriff Richard Fuller III, captain Beers Lt Malz, Lt Dziedzic violated my rights to Free exercise when they maintained a policy that denied me the right to attend church or any religious activities significantly Burdening the exercise of my religion

(41)

IV. **Relief**

State briefly and precisely what you want the court to do for you.

monetary, Nominal, compensary 3 punitive Damages. Declatory 3 preliminary Inductive relief. I want the courts to idoin K.C.J's segregation of pretrial Detainee's until an updated Buile Book that Explains and gives Detainee's proper notice 3 suffices Due process in given Directly to Detainees and administrative procedures written that affords detainees Due process is created Because Right Now there are NONe. a temporary Restraining order against Warren Misner

V. **Notice to Plaintiff Regarding Consent**

In accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, you are hereby notified that the United States magistrate judges of this district court may, upon your consent, conduct any or all proceedings in this case, including a jury trial and entry of a final judgment. If you consent, any appeal from a judgment entered by a magistrate judge shall be taken directly to the United States Court of Appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

Magistrate judges have greater flexibility in their schedules than district judges, who have heavy criminal caseloads that take priority over civil trials. Accordingly, the magistrate judges are generally able to schedule prisoner civil rights cases for jury trial much sooner, and they are able to provide firm trial dates. Magistrate judges are experienced trial judges who handle a great number of prisoner civil rights cases.

Your decision to consent to the dispositive jurisdiction of a United States magistrate is entirely voluntary. If you do not consent to a magistrate judge, the case will be randomly assigned to a district judge. The magistrate judge already assigned to this case would continue to decide all pretrial matters and would handle all dispositive motions by report and recommendation.

Please check **ONE** box below to indicate whether you voluntarily consent to proceed with a United States magistrate judge or if you would instead prefer that the case be assigned to a district judge.

☐ I hereby voluntarily consent to the United States magistrate judge conducting all proceedings in this case, including entry of a final judgment and all post-judgment matters.

☒ I request that this case be assigned to a district judge.

03/03/2026
**Date**

_Jordan Watt_
**Signature of Plaintiff**

## NOTICE TO PLAINTIFF(S)

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.

(W.D. Mich. Form – Last Revised: September 2021)





Office of the clerk
United States District court
399 federal Building
110 Michigan N.W.
Grand Rapids, MI 49503-2363